# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SRP SUB, LLC,**

    **Plaintiff,**

v.                                           Case No: 6:17-cv-1302-Orl-18DCI

**KILFINESS WALKER,**

    **Defendant.**

## ORDER

THIS CAUSE comes for consideration on the United States Magistrate Judge's Report and Recommendation (Doc. 7), to which no timely objections were filed. As set forth in the Report and Recommendation, on July 17, 2017, Defendant filed a notice of removal, but failed to attach a copy of the complaint as required by statute. (Doc. 7 at 1.) On July 20, 2017, the court entered an Order to Show Cause why this case should not be remanded for lack of jurisdiction. (Doc. 4.) The court warned that failure to respond to the Order to Show Cause would result in a report recommending the Court remand this case to state court. (*Id.* at 2.) Defendant failed to respond. Having reviewed the Report and Recommendation (Doc. 7), and there being no timely objections made, it is hereby **ORDERED** and **ADJUDGED** as follows:

    1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 7) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review;

    2. The case is **REMANDED** to state court;

    3. All pending motions are **DENIED** as moot; and

4. The Clerk is directed to **CLOSE** the case and send a copy of this Order to Defendant Kilfiness Walker by regular and certified mail.

**DONE AND ORDERED** in Orlando, Florida, this _25_ day of August, 2017.

_____
**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties